

United States District Court
Eastern District of California

SAYED HAKIM HAMARD

Plaintiff(s)

Case Number: 1:26-cv-00256-TLN-CKD

V.

NOEM ET AL.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Lina M Seikh

_____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Syed Hakim Hamdard

On _____05/09/2013_____ (date), I was admitted to practice and presently in good standing in the

_____Texas_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)
N/A

Date:_____01/13/2026_____    Signature of Applicant: /s/ _____

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

Applicant's Name: Lina M Seikh

Law Firm Name:

Address: 20701 Stevens Creek Blvd, Unit 220

City: Cupertino     State: CA     Zip: 95014

Phone Number w/Area Code: (650) 797-9888

City and State of Residence: Cupertino

Primary E-mail Address: lseikh@gmail.com

Secondary E-mail Address: refugioimmigration@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Cynthia Bautista

Law Firm Name: Bautista Immigration Law, P.C.

Address: 505 Montgomery Street

F 11

City: San Francisco     State: CA     Zip: 94111

Phone Number w/Area Code: (415) 652-3827     Bar # 336327

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 13, 2026

JUDGE, U.S. DISTRICT COURT